**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**


**IN RE:**

**LAMUEL AND DEBBIE ANDERSON,**            **CASE NO. 24-02638-5-JNC**
                                              **CHAPTER 13**

       **DEBTORS**


                                              **RESPONSE TO MOTION FOR**
                                              **RELIEF FROM STAY**


         NOW COMES the Attorney for the debtor(s) in the Chapter 13 Bankruptcy responding to Credit Acceptance Corporation's Motion for Relief from Stay and respectfully says:

1. The estimated repair cost of the 2014 GMC Acadia is approximately $5,000.00. Debtors would like to keep the car and be able to obtain a salvaged title.
2. There is no objection to the insurance proceeds of $5,073.57 and GAP insurance proceeds of $4,147.45 being applied.
3. Requests that the debtors be allowed to keep the vehicle after both insurance proceeds are applied, the lien to be released, and any deficiency balances be reduced to zero.
4. A Motion to Modify Plan will be filed with the Court once this motion is settled, as this vehicle is currently being paid through the Chapter 13 Plan.
5. Object to attorney fees being rewarded, only the filing fees.

WHEREFORE, the debtor(s) pray the court:
1.      That the creditor's Motion for Relief from Stay be dismissed.
2.      For a hearing on all matters not resolved by this Response.
3.      For such other and further relief as the court deems necessary.

This the 11th day of June, 2026.


                                        ALLEN C. BROWN, P.A.

                                        BY:/s/  Allen C. Brown

                                        Attorney for Debtor(s)
                                        3493-C S. Evans St.
                                        Bedford Commons
                                        PO Drawer 1909
                                        Winterville, NC 28590
                                        (252) 752-0952
                                        State Bar #12131

**CERTIFICATE OF SERVICE**

I, ALLEN C. BROWN, attorney for the Debtor(s) certify:

1.   That I am at all times hereinafter mentioned more than eighteen (18) years of age.
2.   That on the 11th day of June, 2026, I served copies of the foregoing: Response to Motion For Relief From Stay on the following:

Troy Staley
Chapter 13 Trustee
VIA ELECTRONIC NOTIFICATION

Eudora F. S. Arthur
Attorney for creditor
VIA ELECTRONIC NOTIFICATION

Lamuel and Debbie Anderson
8563 NC 43 S
Grimesland, NC 27837

by depositing said document in the United States Mail, postage prepaid.  I certify under penalty of perjury that this foregoing is true and correct.

Executed: 6-11-26                              ALLEN C. BROWN, P.A.


BY:/s/  Allen C. Brown
Attorney for Debtor(s)
3493-C S. Evans St.
Bedford Commons
PO Drawer 1909
Winterville, NC 28590
(252)752-0952
State Bar No.: 12131